```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

UNITED STATES OF AMERICA,      )
                               )
   Plaintiff,                  )
                               )
vs.                            )         2:13-CR-148-JAD-GWF
                               )
JULIO DE ARMAS DIAZ, et al.    )         MINUTES OF THE COURT
                               )
   Defendant(s).               )         DATED: April 28, 2014
```

PRESENT: HONORABLE JENNIFER A. DORSEY, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Donna Sherwood     REPORTER: Felicia Zabin

COUNSEL FOR PLAINTIFF(S): Daniel Schiess, Christina Brown

COUNSEL FOR DEFENDANT(S): Kathleen Bliss, Daniel Hill,
                          Brenda Weksler, Raquel Lazo,
                          Osvaldo Fumo, Thomas Pitaro

CERTIFIED INTERPRETERS: Cristina Sanchez, Estela Castro,
                        German Santanilla

PROCEEDINGS: **JURY TRIAL (DAY 1)**

8:30 a.m. Court convenes. Defendants are present in custody.

The Court notifies Mr. Fumo that Mr. Pitaro has not been admitted to practice in this case.

Mr. Fumo advises the Court they will file the appropriate paperwork by noon.

On inquiry by the Court, the Government estimates five days for their case-in-chief, defendants estimate four days for their case-in-chef.

The Court conducted a Henthorn review of the Government's in-camera submission to the Court and finds the Government is not obligated to turn that over to the defense, but it will remain sealed in the court file.

Counsel have no objection to the Court's summary being read to the jury.

```
2:13-CR-148-JAD-GWF
4/28/2014
Page 2
```

The Court settles objections to the Government's proposed voir dire.

The Court, having heard the arguments of counsel, **DENIES** [200] Motion to Re-Consider Court's Decision Not to Review the CHS' File In Camera.

The Court **DENIES** Ms. Weksler's motion that the DA files and Mr. Christensen's file be filed under seal for review by the Ninth Circuit.

9:42 a.m. Court stands at recess.

10:05 a.m. Court reconvenes in the presence of seventy-two prospective jurors, who have previously been sworn.

10:12 a.m. Voir dire commences.

12:00 p.m. Jury excused to return at 1:30 p.m.

The Court advises counsel one of the jurors has brought it to the attention of the Court that she has a medical condition that is making it uncomfortable for her to remain here.

Counsel have no objection to Prospective Juror Derasmo being excused.

The Court and counsel confer on scheduling.

12:09 p.m. Court stands at recess.

1:30 p.m. Court reconvenes in the presence of the prospective jurors and voir dire continues.

3:03 p.m. Prospective jurors excused.  Court stands at recess.

3:13 p.m. Court reconvenes outside the presence of the prospective jurors.

Ms. Bliss requests counsel be separated during peremptory challenges.

```
2:13-CR-148-JAD-GWF
4/28/2014
Page 3
```

The government will use the witness room to discuss peremptory challenges and defense counsel will remain in the courtroom.

Counsel exercise their peremptory challenges.

4:05 p.m. Court reconvenes in the presence of the prospective jurors.

The selected jurors are called and sworn. Unselected jurors excused.

The Court instructs the jury on the order of deliberations.

**IT IS ORDERED** the jury trial is continued to Tuesday, April 29, 2014, at 9:00 a.m.

4:30 p.m. Jury admonished and excused.

The Court and counsel confer on various evidentiary issues.

5:30 p.m. Court adjourns.

                                         LANCE S. WILSON, CLERK
                                         United States District Court
                                         By:    /s/
                                                 Donna Sherwood, Deputy Clerk