RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Julio de Armas Diaz

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DE ARMAS DIAZ, et al,<br><br>Defendants. | Case No.: 2:13-cr-148-JAD-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING DATE**<br><br>(Sixth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Christina M. Brown, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and BRENDA WEKSLER, Assistant Federal Public Defender, counsel for JULIO DE ARMAS DIAZ, OSVALDO E. FUMO, counsel for ALEXIS TORRES SIMON, and KATHLEEN BLISS, counsel for ALEXANDER DEL VALLE GARCIA, that the sentencing currently set for February 18, 2015 be continued to a date and time convenient to the court, however no sooner than seven (7) days

This Stipulation is entered into for the following reasons:

1. The clients are in custody but do not oppose the continuance.

2. Counsel for Julio De Armas Diaz, will not be in the jurisdiction on the currently set date. Counsel for De Armas recently filed an additional pleading in regards to the proper guideline applications. In light of this, additional time is requested for all parties to prepare for sentencing.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within

1  which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States §
2  3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and
3  3161(h)(7)(B)(ii).

4.  This is the Sixth stipulation to continue sentencing filed herein.

DATED February 11, 2015

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
| By:   /s/ Brenda Weksler<br>BRENDA WEKSLER,<br>Assistant Federal Public Defender<br>Counsel for Julio de Armas Diaz | By:   /s/ Christina M. Brown<br>CHRISTINA M. BROWN,<br>Assistant United States Attorney<br>Counsel for the Plaintiff |
| By:   /s/ Osvaldo E. Fumo<br>OSVALDO E. FUMO, ESQ.<br>CJA Panel Attorney<br>Counsel for Alexis Torres Simon | By:   /s/ Kathleen Bliss<br>KATHLEEN BLISS,<br>CJA Panel Attorney<br>Counsel for Alexander Del Valle Garcia |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-148-JAD-GWF |
| Plaintiff, | ORDER |
| vs. | |
| DE ARMAS DIAZ, et al, | |
| Defendants. | |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore and the best interests of justice and judicial economy being:

IT IS THEREFORE ORDERED, the sentencing hearing currently scheduled for February 18, 2015, at 9:00 a.m.; be vacated and continued to February 25, 2015 at the hours of 9:00 a.m. for De Armas Diaz; at the hour of 10:00 a.m., for Torres-Simon; and at the hour of 11:00 a.m., for Valle-Garcia

DATED 11th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE

3