RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
Brenda Weksler
Assistant Federal Public Defender
Nevada State Bar No. 8124
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_Weksler@fd.org

Attorney for Julio de Armas Diaz

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JULIO DE ARMAS DIAZ,<br><br>    Defendant. | Case No. 2:13-cr-148-JAD-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Dan Schiess, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brenda Weksler, Assistant Federal Public Defender, counsel for Julio de Armas Diaz, that the Sentencing Hearing currently scheduled on Friday, September 29, 2017 at the hour of 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

  IT IS FURTHER STIPULATED AND AGREED that the defense shall have until September 20, 2017 to file its Sentencing Memorandum.

IT IS FURTHER STIPULATED AND AGREED that the government shall have until October 2, 2017 to file its response to the defendant's Sentencing Memorandum.

This Stipulation is entered into for the following reasons:

1. The defendant is currently in the process of being transported to Nevada Southern Detention Center and undersign needs additional time to prepare for the upcoming hearing and to speak with her client.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 13th day of September, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Brenda Weksler*<br>By_____<br>BRENDA WEKSLER<br>Assistant Federal Public Defender | */s/ Dan Schiess*<br>By_____<br>DAN SCHIESS<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-148-JAD-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| JULIO DE ARMAS DIAZ, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

IT IS THEREFORE ORDERED that the defense shall have to and including September 20, 2017 to file its Sentencing Memorandum.

IT IS FURTHER ORDERED that the government shall have to and including October 2, 2017 to file its response to the defendant's Sentencing Memorandum.

IT IS FURTHER ORDERED the sentencing hearing currently scheduled for Friday, September 29, 2017 at 9:00 a.m., be vacated and continued to October 20, 2017 at the hour of 9:00 a.m.

DATED this 14th day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE

3