1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
   AMY B. CLEARY
3  Assistant Federal Public Defender
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577/Phone
5  (702) 388-6261/Fax
   Amy_Cleary @fd.org
6

7  Attorney for Julio de Armas Diaz

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-148-JAD-GWF |
| Plaintiff, | **ORDER GRANTING UNOPPOSED MOTION FOR LATE FILING OF NOTICE OF APPEAL** |
| v. | |
| JULIO DE ARMAS DIAZ, | ECF No. 374 |
| Defendant. | |

COMES NOW the defendant JULIO DE ARMAS DIAZ, by and through his counsel, Amy B. Cleary, Assistant Federal Public Defender, and respectfully requests this Court enter an Order excusing Mr. Diaz's late filing of a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment of Conviction, entered on October 18, 2017, imposing a sentence of 103-months' custody. ECF 372.

Dated this 3rd day of November, 2017.

                RENE L. VALLADARES
                Federal Public Defender

                */s/ Amy B. Cleary*
                AMY B. CLEARY
                Assistant Federal Public Defender

# POINTS AND AUTHORITIES

Federal Rule of Appellate Procedure 4(b)(4) states: "Upon a showing of excusable neglect or good cause, the district court may—before or after the time has expired, with or without motion and notice—extend the time or filing a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)." *See* Fed. R. App. P. 4(b)(4).

This Court resentenced Defendant Julio de Armas Diaz on October 17, 2017. The Judgment of Conviction was entered on October 18, 2017. ECF 372. As such, a Notice of Appeal was due by November 1, 2017. *See* Fed. R. App. P. 4(b)(A)(i).

On October 30, 2017, the Office of the Federal Defender received a letter from Mr. Diaz, indicating he wanted to appeal his sentence. Mr. Diaz addressed his letter to Assistant Federal Public Defender Brenda Weksler, who is lead counsel for Ryan Payne in *United States v. Bundy, et al.*, District of Nevada, Case No. 2:16-cr-00046, and was in the midst of jury selection in the District Court and trial preparations. Mr. Diaz's letter was brought to undersigned's attention on November 2, 2017. Undersigned counsel thus prepared the instant Motion for Late Filing of Notice of Appeal on Mr. Diaz's behalf.

Mr. Diaz is within the 30-day rule prescribed by Federal Rule of Appellate Procedure 4(b)(4) to request this extension. In this case, good cause has been shown, as the late filing is not the fault of Mr. Diaz, but instead, the fault of the Federal Defender's Office.

On November 3, 2017, undersigned counsel contacted the Appellate Chief for the United States Attorney's Office, Elizabeth Olson White, who advises she has no objection to undersigned counsel filing an out-of-time notice of appeal on Mr. Diaz's behalf.

Mr. Diaz, therefore, respectfully requests an extension of time to file the attached Notice of Appeal. The equities support this Court entering an Order allowing Mr. Diaz to file an out-of-time Notice of Appeal. Undersigned counsel will electronically file the attached Notice of Appeal, upon receipt of the Court's Order granting the filing of such.

DATED this 3rd day of November, 2017.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: */s/ Amy B. Cleary*

AMY B. CLEARY
Assistant Federal Public Defender
Attorney for Julio de Armas Diaz

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the Unopposed Motion for Late Filing of Notice of Appeal **[ECF No. 374] is GRANTED**.

_____
U.S. District Judge Jennifer Dorsey
Dated: 11/14/2017